

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-19-00021-CV

Colleen T. **BRADY**,
Appellant

v.

**COMPASS BANK** d/b/a BBVA Compass,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10192
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by May 28, 2020. Neither the brief nor a motion for extension of time has been filed.[1] Appellant is therefore ORDERED to file, within fifteen (15) days of the date of this order, her brief and to file, within seven (7) days of the date of this order, a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2020.

---

[1] Due to a ransomware attack on May 8, 2020, the court's network was disabled. As of July 22, 2020, the court's network is fully operational. All case filings are up to date, and any future filings accepted by the court should be reflected on the court's website within twenty-four hours.



Michael A. Cruz,
Clerk of Court